TYLER R. ANDREWS, ESQ.
Nevada Bar No. 9499
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: andrewst@gtlaw.com
　　　　hicksja@gtlaw.com

MARK D. KEMPLE, ESQ.
*Pro Hac Vice Forthcoming*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: kemplem@gtlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS LTD, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br>　　v.<br>PAYSAFE SERVICES (US) LLC, a Delaware Corporation; and DOES 1-10 inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-203-RFB-VCF<br><br>Stipulation and Proposed Order to Extend the Time for Defendant to Respond to the Complaint and Modify the Briefing Schedule |

Plaintiff International Payment Advisors LTD ("Plaintiff"), by and through its counsel of record, Kravitz, Schnitzer & Johnson, Chtd., and Glaser Weil Fink Howard Avchen & Shapiro LLP, and Defendant Paysafe Services (US) LLC, ("Defendant") by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate and request that the Court: (1) extend the time by which Defendant must respond to the Complaint by thirty (30) days, up to, and including, **March 29, 2019**; and (2) modify the briefing schedule to provide Plaintiff with thirty (30) days to respond to any motion filed by Defendant under Fed. R. Civ. P. 12, should Defendant elect to file such a motion in lieu of an Answer.

This stipulation is made and based upon the following:

1. Plaintiff filed its Complaint on February 1, 2019, in which it alleges that Defendant committed certain breaches of contract and of the implied covenant of good faith and fair dealing. ECF No. 1.

2. Defendant was served with the Complaint on February 6, 2019. ECF No. 5. Defendant's response is currently due February 27, 2019. *Id*.

3. Counsel for Defendant has recently been engaged and requires additional time to evaluate Plaintiff's allegations and prepare a response, taking into account the exercise of due diligence.

4. In light of the foregoing, the parties agree that Defendant shall have up to, and including, **March 29, 2019**, to respond to the Complaint.

5. Should Defendant elect to file a motion under Fed. R. Civ. P. 12 in lieu of an Answer, Plaintiff shall have thirty (30) days in which to file its opposition.

6. This is the first request for an extension of time or for a modified briefing schedule. This stipulation is entered into in good faith and not for purposes of delay.

DATED this 25th day of February 2019.　　DATED this 25th day of February 2019.

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**　　**GREENBERG TRAURIG, LLP**

 */s/ Adam Wax*　　　　　　　　　　　　　　 */s/ Jason Hicks*
MARTIN J. KRAVITZ, ESQ.　　　　　　　TYLER R. ANDREWS, ESQ.
Nevada Bar No. 83　　　　　　　　　　　Nevada Bar No. 9499
ADAM J. WAX, ESQ.　　　　　　　　　　JASON K. HICKS, ESQ.
Nevada Bar No. 12126　　　　　　　　　Nevada Bar No. 13149
8985 S. Eastern Avenue, Suite 200　　　　10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89123　　　　　　　　Las Vegas, Nevada 89135

*Attorneys for Plaintiff*　　　　　　　　　　*Attorneys for Defendant*

**IT IS SO ORDERED.**

Cam Ferenbach
United States Magistrate Judge

Dated this 26th day of February, 2019.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ADMIN 34872743v1