**GREENBERG TRAURIG, LLP**
MARK D. KEMPLE, ESQ.
*Pro Hac Vice Forthcoming*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: kemplem@gtlaw.com

TYLER R. ANDREWS, ESQ.
Nevada Bar No. 9499
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: andrewst@gtlaw.com
       hicksja@gtlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS LTD, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>PAYSAFE SERVICES (US) LLC, a Delaware Corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:19-cv-203-RFB-VCF<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT AND WITHDRAW DEFENDANT'S MOTION TO DISMISS** |

Plaintiff International Payment Advisors LTD ("Plaintiff"), by and through its counsel of record, Kravitz, Schnitzer & Johnson, Chtd., and Glaser Weil Fink Howard Avchen & Shapiro LLP, and Defendant Paysafe Services (US) LLC ("Defendant"), by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate and request that the Court enter an order: (1) permitting Plaintiff to file an Amended Complaint; (2) withdrawing Defendant's Motion to Dismiss and attached declarations and exhibits (ECF No. 14); and (3) granting Defendant fourteen (14) days from the date of Plaintiff's filing of the Amended Complaint in which to file its response.

/ / /

This stipulation is made and based upon the following:

1. Plaintiff filed its Complaint on February 1, 2019, in which it alleges that Defendant committed certain breaches of contract and of the implied covenant of good faith and fair dealing. **[ECF No. 1]**

2. Defendant thereafter filed a Motion to Dismiss the Compliant for lack of subject matter jurisdiction. **[ECF No. 14]**

3. In the interests of judicial economy and the conservation of resources, the parties agree to permit Plaintiff to file an Amended Complaint and to withdraw Defendant's Motion to Dismiss and attached declarations and exhibits, without prejudice.

4. Defendant shall have fourteen (14) days from the date of the filing of the Amended Complaint in which to file its response.

5. Plaintiff reserves its rights to assert any arguments related to Defendant previously filing a motion under Rule 12(b) that is being withdrawn pursuant to this Stipulation and Order, including, but not limited to, its rights pursuant to Rule 12(g)(2) and Rule 12(h).

6. This stipulation is entered into in good faith and not for purposes of delay.

DATED this 10th day of April 2019.　　　　DATED this 10th day of April 2019.

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**　　　**GREENBERG TRAURIG, LLP**

*/s/ Adam Wax*　　　　　　　　　　　　　　*/s/ Jason Hicks*
MARTIN J. KRAVITZ, ESQ.　　　　　　　　MARK D. KEMPLE, ESQ.
Nevada Bar No. 83　　　　　　　　　　　　*Pro Hac Vice forthcoming*
ADAM J. WAX, ESQ.　　　　　　　　　　　TYLER R. ANDREWS, ESQ.
Nevada Bar No. 12126　　　　　　　　　　Nevada Bar No. 9499
8985 S. Eastern Avenue, Suite 200　　　　　JASON K. HICKS, ESQ.
Las Vegas, Nevada 89123　　　　　　　　　Nevada Bar No. 13149
　　　　　　　　　　　　　　　　　　　　10845 Griffith Peak Drive, Suite 600
**GLASER WEIL FINK HOWARD**　　　　　Las Vegas, Nevada 89135
**AVCHEN & SHAPIRO LLP**
PATRICIA L. GLASER, ESQ.　　　　　　　*Attorneys for Defendant*
*Admitted Pro Hac Vice*
SEAN RILEY, ESQ.
*Admitted Pro Hac Vice*
MICHAEL GERST, ESQ.
*Admitted Pro Hac Vice*
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90404

*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that the Amended Complaint must be filed on or before April 17, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 10, 2019

Page **2** of **2**

ACTIVE 42815766v2