**GREENBERG TRAURIG, LLP**
MARK D. KEMPLE, ESQ.
*Admitted Pro Hac Vice*
GREGORY A. NYLEN, ESQ.
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:    kemplem@gtlaw.com
              nyleng@gtlaw.com

JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:    hicksja@gtlaw.com

*Attorneys for Global Merchant Advisors, LLC*
*f/k/a Paysafe Services (US) LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS LTD., a Nevada limited liability company,<br><br>                  Plaintiff,<br><br>       v.<br><br>PAYSAFE SERVICES (US) LLC, a Delaware Corporation; and DOES 1-10 inclusive,<br><br>                  Defendants. | Case No.:  2:19-cv-203-VCF<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR CONTINUANCE OF DEADLINE FOR REPLY BRIEF OF DEFENDANT AND COUNTER-CLAIMANT PAYSAFE SERVICES (US) LLC IN SUPPORT OF SUMMARY JUDGMENT MOTION** |
| AND ALL RELATED CLAIMS. | |

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 61269401v1

Plaintiff/Counter-Defendant International Payment Advisors LTD ("IPA"), Counter-Defendant Marc Maxwell ("Maxwell"), and Defendant/Counterclaimant Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC ("Paysafe/GMA"), collectively referred to as the "Parties" and each individually as a "Party," by and through their respective counsel of record, stipulate and request that the deadline of February 15, 2022 for filing and service of Paysafe/GMA's reply brief in support of its summary judgment motion be continued for eight (8) days to February 23, 2022. The basis for this request is that IPA and Maxwell filed an errata to their Opposition on February 2, 2022. Thus, the purpose of this extension is to provide Paysafe/GMA with the same amount of time as it was originally entitled to in order to file its Reply. All other existing deadlines for briefing of the Parties' respective summary judgment motions, in particular IPA's and Maxwell's deadline of February 15, 2022 to file their own Reply, shall remain the same.

Dated this 11th day of February 2022.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

*/s/ Steven Basileo*
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
PATRICIA L. GLASER, ESQ.*
SEAN RILEY, ESQ.*
STEVEN BASILEO, ESQ.*
*Admitted Pro Hac Vice*
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90404
*Attorneys for International Payment Advisors LTD and Marc Maxwell*

Dated this 11th day of February 2022.

GREENBERG TRAURIG, LLP

*/s/ Jason Hicks*
MARK D. KEMPLE, ESQ.
*Admitted Pro Hac Vice*
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated this 15th day of February 2022

2

ACTIVE 61269401v1