**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS, LTD., a Nevada limited liability company,<br><br>Plaintiff(s),<br><br>v.<br><br>PAYSAFE SERVICES (US) LLC, a Delware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant(s). | 2:19-cv-00203-RFB-VCF<br>**<u>ORDER</u>** |

Before me are plaintiff International Payment Advisors, Ltd., and Counter-Defendant Marc Maxwell's motion for summary adjudication (ECF No. 91-1) and motion to strike new evidence (ECF No. 129).

Accordingly,

I ORDER that plaintiff International Payment Advisors, Ltd., and Counter-Defendant Marc Maxwell's motion for summary adjudication (ECF No. 91-1) and motion to strike new evidence (ECF No. 129), are added to the in-person hearing scheduled for 10:00 AM, April 1, 2022, in Courtroom 3D.

DATED this 16th day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1