# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

INTERNATIONAL PAYMENT ADVISORS, LTD.,

Plaintiff,

v.

PAYSAFE SERVICES LLC,

Defendant.

2:19-cv-00203-VCF

**ORDER**

Before the court is the stipulation and proposed order regarding remote attendance at the April 1, 2022 hearing. (ECF No. 133).

Accordingly,

IT IS HEREBY ORDERED that the stipulation and proposed order regarding remote attendance at the April 1, 2022 hearing (ECF No. 133) is GRANTED.

IT IS FURTHER ORDER that Paysafe/GMA's corporate representative who resides in Montreal, Quebec, Canada, may remotely observe the scheduled hearing on April 1, 2022.

IT IS FURTHER ORDERED that Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address for Paysafe/GMA's corporate representative to be used for the video conference hearing by noon, March 31, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participant(s) email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.

- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 29th day of March, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE