**GREENBERG TRAURIG, LLP**
MARK D. KEMPLE, ESQ.
*Admitted Pro Hac Vice*
GREGORY A. NYLEN, ESQ.
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:    kemplem@gtlaw.com
          nyleng@gtlaw.com

JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:    hicksja@gtlaw.com

*Attorneys for Global Merchant Advisors, LLC*
*f/k/a Paysafe Services (US) LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS LTD., a Nevada limited liability company,<br><br>             Plaintiff,<br><br>    v.<br><br>PAYSAFE SERVICES (US) LLC, a Delaware Corporation; and DOES 1-10 inclusive,<br><br>             Defendants. | Case No.:  2:19-cv-203-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>*First Request* |
| AND ALL RELATED CLAIMS. | |

     Plaintiff/Counter-Defendant International Payment Advisors LTD ("IPA"), Counter-Defendant Marc Maxwell ("Maxwell"), and Defendant/Counterclaimant Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC ("Paysafe/GMA"), by and through their respective counsel of record, stipulate and respectfully request that the Court extend the deadline for the parties to submit

ACTIVE 64169289v1

the Joint Pretrial Order by thirty (30) days, extending the deadline to June 2, 2022.  This is the first request for an extension of this deadline and is made to afford the parties appropriate time to prepare the information required to be in the Joint Pretrial Order, which in this case may be substantial.

| | |
|---|---|
| Dated this 12th day of April 2022. | Dated this 12th day of April 2022. |
| KRAVITZ, SCHNITZER & JOHNSON, CHTD. | GREENBERG TAURIG, LLP |
| /s/ Steven Basileo<br>MARTIN J. KRAVITZ, ESQ.<br>Nevada Bar No. 83<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | /s/ Jason Hicks<br>MARK D. KEMPLE, ESQ.<br>*Admitted Pro Hac Vice*<br>JASON K. HICKS, ESQ.<br>Nevada Bar No. 13149<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135 |
| GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br>PATRICIA L. GLASER, ESQ.*<br>SEAN RILEY, ESQ.*<br>STEVEN BASILEO, ESQ.*<br>*Admitted Pro Hac Vice*<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, California 90404<br>*Attorneys for International Payment Advisors LTD and Marc Maxwell* | *Attorneys for Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC* |

## ORDER

Based upon the stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED that the parties shall submit the Joint Pretrial Order on or before **June 2, 2022**.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   4-13-2022

ACTIVE 64169289v1