MARTIN J. KRAVITZ – Nevada Bar No. 83
*mkravitz@ksjattorneys.com*
MICHAEL R. ESPOSITO – Nevada Bar No. 13482
*mesposito@ksjattorneys.com*
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone:  (702) 362-6666
Facsimile:   (702) 362-2203

PATRICIA L. GLASER
*pglaser@glaserweil.com*
SEAN RILEY
*sriley@glaserweil.com*
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiff/Cross-Defendant*
*International Payment Advisors Ltd*
*and Marc Maxwell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE SERVICES (US) LLC, a Delaware Corporation; and DOES 1-10 inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.:  2:19-cv-203-VCF<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>*Second Request* |

Plaintiff/Counter-Defendant International Payment Advisors LTD ("IPA"), Counter-Defendant Marc Maxwell ("Maxwell"), and Defendant/Counterclaimant Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC ("Paysafe/GMA"), by and through their respective counsel of record, stipulate and respectfully request that the Court extend the deadline for the parties to submit the Joint Pretrial Order by twenty- eight  (28) days, extending the deadline from June 2, 2022 to June

30, 2022. This is the second request for an extension of this deadline and is requested because, in this case where there has been more than 2 million pages of documents exchanged and more than 20 depositions taken, the Parties are in the process of spending considerable time reviewing, designating, and preparing all items required in the Joint Pretrial Order under the Local Rules, and meeting and conferring on items to be included therein. Apart from the breadth of this effort, two other matters support this request. First, after the initial extension request, on April 29 Paysafe/GMA filed a motion pursuant to Fed. R. Civ. Proc. 59 and 60 concerning the Court's April 1 grant of partial summary judgment. IPA/Maxwell's opposition to that motion is due on or before May 13, 2022. Second, Paysafe/GMA's trial counsel will be travelling out of the country and unavailable during a portion of the requested extended period. As such, the parties believe that a shorter extension would not permit completion of their efforts.

In sum, the parties have been diligent in their efforts, and will continue to be so and work together to create a proposed joint pre-trial order. The parties seek this extension to further that effort and to meet and confer concerning the information to be included in the Joint Pretrial Order, which the parties agree will likely be substantial. This request is made in good faith and not for purposes of delay.

| | |
|---|---|
| Dated this 5th day of May 2022. | Dated this 5th day of May 2022. |
| KRAVITZ, SCHNITZER & JOHNSON, CHTD. | GREENBERG TRAURIG, LLP |
| /S/ Martin Kravitz | /s/ Jason Hicks |
| MARTIN J. KRAVITZ, ESQ.<br>Nevada Bar No. 83<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | MARK D. KEMPLE, ESQ.<br>*Admitted Pro Hac Vice*<br>JASON K. HICKS, ESQ.<br>Nevada Bar No. 13149<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135 |
| GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br>PATRICIA L. GLASER, ESQ.*<br>SEAN RILEY, ESQ.*<br>STEVEN BASILEO, ESQ.*<br>*Admitted Pro Hac Vice*<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, California 90404<br>*Attorneys for International Payment Advisors LTD and Marc Maxwell* | *Attorneys for Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC* |

**ORDER**

Based upon the stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED that the parties shall submit the Joint Pretrial Order on or before June 30, 2022.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of May, 2022