MARTIN J. KRAVITZ – Nevada Bar No. 83
*mkravitz@ksjattorneys.com*
MICHAEL R. ESPOSITO – Nevada Bar No. 13482
*mesposito@ksjattorneys.com*
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone:  (702) 362-6666
Facsimile:   (702) 362-2203

PATRICIA L. GLASER
*pglaser@glaserweil.com*
SEAN RILEY
*sriley@glaserweil.com*
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiff/Cross-Defendant*
*International Payment Advisors Ltd*
*and Marc Maxwell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE SERVICES (US) LLC, a Delaware Corporation; and DOES 1-10 inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.:  2:19-cv-203-VCF<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>*Third Request* |

Plaintiff/Counter-Defendant International Payment Advisors LTD ("IPA"), Counter-Defendant Marc Maxwell ("Maxwell"), and Defendant/Counterclaimant Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC ("Paysafe/GMA"), by and through their respective counsel of record, stipulate and respectfully request that the Court extend the deadline for the parties to submit the Joint Pretrial Order by fourteen (14) days, extending the deadline from June 30, 2022 to July 14,

ACTIVE 64690683v1

2022. This is the third request for an extension of this deadline and is requested because the extensive work involved in reviewing, designating, and preparing all items required in the Joint Pretrial Order under the Local Rules for the initial exchange of such materials –before the subsequent effort needed to then meet and confer on the final required items—is taking longer than anticipated. Based upon this extensive work and taking into account conflicting work commitments, the parties wish to briefly extend the date originally proposed for this initial exchange and this in turn requires the additional extension being requested. The parties wish to ensure that they have the necessary time to ensure that all required items and designations are included in this initial exchange and then allow time thereafter for the extensive meet and confer process to be completed in order to finalize and file the Joint Pre Trial Order.  In this case, where there has been more than 2 million pages of documents exchanged and more than 20 depositions taken, the parties require the additional requested time to properly complete this process.

In sum, the parties have been diligent in their efforts, and will continue to be so and work together to create a proposed joint pre-trial order.  The parties seek this extension to further that effort and to meet and confer concerning the information to be included in the Joint Pretrial Order, which the parties agree will likely be substantial.  This request is made in good faith and not for purposes of delay.

| Dated this 26th day of May 2022. | Dated this 26th day of May 2022. |
|---|---|
| KRAVITZ, SCHNITZER & JOHNSON, CHTD. | GREENBERG TRAURIG, LLP |
| */s/ Sean Riley* | */s/ Jason Hicks* |
| GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br>PATRICIA L. GLASER, ESQ.*<br>SEAN RILEY, ESQ.*<br>STEVEN BASILEO, ESQ.*<br>*Admitted Pro Hac Vice*<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, California 90404<br>*Attorneys for International Payment Advisors LTD and Marc Maxwell*<br><br>MARTIN J. KRAVITZ, ESQ.<br>Nevada Bar No. 83<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | MARK D. KEMPLE, ESQ.<br>*Admitted Pro Hac Vice*<br>JASON K. HICKS, ESQ.<br>Nevada Bar No. 13149<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC* |

*ACTIVE 64690683v1*

## **ORDER**

Based upon the stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED that the parties shall submit the Joint Pretrial Order on or before July 14, 2022.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of May _____