UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE SERVICES (US) LLC, a Delaware Corporation; and DOES 1-10 inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:19-cv-203-VCF<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>*Fourth Request* |

Plaintiff/Counter-Defendant International Payment Advisors LTD, Counter-Defendant Marc Maxwell, and Defendant/Counterclaimant Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC, by and through their respective counsel of record, stipulate and respectfully request that the Court extend the deadline for the parties to submit the Joint Pretrial Order by fourteen (14) days, extending the deadline from July 14, 2022 to July 28, 2022.

In this case, there has been more than 2 million pages of documents exchanged and more than 20 depositions taken. This is the fourth request for an extension of this deadline and is requested because the parties need the additional time to complete the extensive work involved in reviewing, designating, and preparing all items required in the Joint Pretrial Order under the Local Rules, as well as exchanging and meeting and conferring on the same for incorporation into the final order. The parties have already made several initial and rebuttal exchanges of such materials, and met and conferred about them in good faith, but the substantial effort needed to complete the final required items and have further discussions about them is taking longer than anticipated due to the high volume of material at issue. Therefore, the parties wish to ensure that they have the necessary time for the extensive meet and confer process to be completed in order to finalize and file the Joint Pre Trial Order. This request is also made in light of the fact that the Court indicated at a hearing on July 5, 2022 that it would we amenable to an extension.

ACTIVE 66111162v1

In sum, the parties have been diligent in their efforts, and will continue to be so and work together. The parties seek this extension to further that effort and this request is made in good faith and not for purposes of delay.

Dated this 11th day of July 2022.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

 /s/ Steven Basileo
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
PATRICIA L. GLASER, ESQ.*
SEAN RILEY, ESQ.*
STEVEN BASILEO, ESQ.*
*Admitted Pro Hac Vice
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90404
*Attorneys for International Payment Advisors LTD and Marc Maxwell*

Dated this 11th day of July 2022.

GREENBERG TRAURIG, LLP

 /s/ Jason Hicks
MARK D. KEMPLE, ESQ.
*Admitted Pro Hac Vice*
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC*

### ORDER

Based upon the stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED that the parties shall submit the Joint Pretrial Order on or before July 28, 2022.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated this 13th day of July, 2022

ACTIVE 66111162v1