**GREENBERG TRAURIG, LLP**
MARK D. KEMPLE, ESQ.
*Admitted Pro Hac Vice*
GREGORY A. NYLEN, ESQ.
*Admitted Pro Hac Vice*
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:   kemplem@gtlaw.com
         nyleng@gtlaw.com

JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:   jason.hicks@gtlaw.com

*Attorneys for Global Merchant Advisors, LLC*
*f/k/a Paysafe Services (US) LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL PAYMENT ADVISORS LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE SERVICES (US) LLC, a Delaware Corporation; and DOES 1-10 inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | CASE NO.  2:19-cv-203-VCF<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

ACTIVE 686181050v1

Plaintiff and Counter-defendant International Payment Advisors, LTD. and Counter-defendant Marc Maxwell, by and through their counsel of record, Glaser Weil Fink Howard Avchen & Shapiro, LLP, and Defendant/counter-claimant Global Merchant Advisors, LLC f/k/a Paysafe Services (US) LLC, by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate and request that the Court dismiss this action, with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

| Dated this 22nd day of March 2023. | Dated this 22nd day of March 2023. |
|---|---|
| GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP | GREENBERG TRAURIG, LLP |
| */s/ Sean Riley* | */s/ Jason Hicks* |
| PATRICIA L. GLASER, ESQ.* <br> SEAN RILEY, ESQ.* <br> STEVEN BASILEO, ESQ.* <br> *Admitted Pro Hac Vice* <br> 10250 Constellation Boulevard, 19th Floor <br> Los Angeles, California  90404 <br> **Attorneys for International Payment Advisors LTD and Marc Maxwell** | MARK D. KEMPLE, ESQ. <br> *Admitted Pro Hac Vice* <br> JASON K. HICKS, ESQ. <br> Nevada Bar No. 13149 <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, Nevada  89135 <br> **Attorneys for Global Merchant Advisors, LLC, f/k/a Paysafe Services (US) LLC** |

## ORDER

Upon review of the parties' stipulation, and with good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs and the Clerk is directed to enter final Judgment and close the case.

**IT IS SO ORDERED**.

Dated this 22nd day of March, 2023.

UNITED STATES MAGISTRATE JUDGE

ACTIVE 686181050v1